UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | Chapter 7 |
| | Case No. 14-10747 |
| Christel R. Glaser | Honorable William C. Hillman |
| Debtor | |

## MOTION OF NATIONSTAR MORTGAGE LLC FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362

Nationstar Mortgage LLC, a secured lien holder in the above captioned Chapter 7 proceeding, moves this court for an order, pursuant to 11 U.S.C. §362(d) and Rule 4001 of the Rules of Bankruptcy Procedure, for relief from the automatic stay of 11 U.S.C. §362(a) so that it may foreclose a mortgage which it holds on real property known and numbered as 97 River Road, Merrimac, MA 01860. In support of its motion, Nationstar Mortgage LLC states the following:

1. On April 22, 2004, Debtor Christel Rae Glaser and non-Debtor Mark G. Glaser executed a note to First Residential Mortgage Network, Inc. in the original principal amount of $264,500.00 (the "Note"). The Note was subsequently endorsed in blank and transferred over to Movant. (assignee)

2. The Note is secured by a mortgage executed by Debtor Christel Rae Glaser and non-Debtor Mark G. Glaser to First Residential Mortgage Network, Inc., dated April 22, 2004 and recorded with the Essex County Registry of Deeds at Book 22849, on Page 573 (the "Mortgage"). The Mortgage was subsequently assigned to Countrywide Document Custody Services, A Division of Treasury Bank, NA by assignment of Mortgage dated April 27, 2004 and recorded with Essex

County Registry of Deeds at Book 23412, Page 216 and subsequently assigned to Nationstar Mortgage LLC by assignment of Mortgage dated May 14, 2013 and recorded with Essex County Registry of Deeds at Book 32754, Page 479. The Mortgage is a first mortgage on real property owned by the Debtor known and numbered as 97 River Road, Merrimac, MA 01860 (the "Property").

3.  Nationstar Mortgage LLC is the current holder of the Mortgage.

4.  Nationstar Mortgage LLC is the current holder of the Note.

5.  On February 27, 2014, the Debtor filed a petition for relief under Chapter 7 of the United States Bankruptcy Code.

6.  The Note and the Mortgage are in default for the November 1, 2010 payment and all subsequent payments, plus reasonable attorney's fees and costs and other charges incurred.

7.  There is no other collateral securing the obligation.

8.  According to Schedule C, the Debtor is claiming an exemption in the Property in the amount of $500,000.00 pursuant to Massachusetts General Laws c. 188 § 1.

9.  According to Schedule D, the fair market value of the Property is $693,000.00. Nationstar Mortgage LLC estimates that the liquidation value of the Property is no greater than $651,420.00, which is the market value minus 6% for the cost of sale.

10.  According to Schedule D, Discover Financial Svc LLC holds an additional lien on the Property in the amount of $9,236.67.

- According to Schedule D, Bank of America holds an additional lien on the Property in the amount of $329,712.00.

11.  A Declaration of Homestead by Christel Rae Glaser is recorded with the Essex County Registry of Deeds in Book 33037, Page 360.

12. As of June 26, 2014, the total outstanding balance owed on the Note was $303,381.31.

13. The estimated amount of encumbrances on the Property is $642,329.98.

14. Nationstar Mortgage LLC is entitled to relief from the automatic stay for cause pursuant to 11 U.S.C. §362(d)(1) because the Debtor has not made payments pursuant to the Note and Mortgage.

WHEREFORE, Nationstar Mortgage LLC moves that the court enter an order granting Nationstar Mortgage LLC relief from the automatic stay pursuant to 11 U.S.C. §362(d) so that it, and its successors and assigns, may exercise its rights pursuant to the Note and Mortgage in accordance with applicable state and federal law, and may commence a summary process action against occupants of the Property. Nationstar Mortgage LLC moves that entry of the Order shall be effective immediately upon entry, notwithstanding the provisions of FRBP 4001(a)(3).

Nationstar Mortgage LLC
By its attorneys,

Date: July 16, 2014

/s/ Timothy W. Larson
Timothy W. Larson, Esq. 672791
Orlans Moran PLLC
PO Box 540540
Waltham, MA 02454
Phone: (781) 790-7800
Fax: (781) 790-7801
Email: bankruptcy@orlansmoran.com
File Number: 14-007433