**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br>Christel R. Glaser<br>        Debtor | Chapter 7<br>Case No. 14-10747-WCH |

**DEBTOR'S OBJECTION TO MOTION OF NATIONSTAR MORTGAGE LLC FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362**

The Debtor, Christel R. Glaser, ("Debtor") hereby opposes the *Motion of Nationstar Mortgage LLC for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362* ("Motion for Relief") filed by Nationstar Mortgage LLC ("Nationstar"). In support hereof, the Debtor states as follows:

1. On July 16, 2014, Nationstar filed the Motion for Relief, seeking relief from the automatic stay in order to foreclose on a mortgage it purportedly holds on the Debtor's residence at 97 River Road, Merrimac, MA 01860 ("Property").

2. On July 29, 2014, John J. Aquino, the Chapter 7 Trustee of the Debtor's estate ("Trustee"), filed his *Objection of Chapter 7 Trustee to Motion of Nationstar Mortgage LLC for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362* ("Trustee's Objection"), opposing the Motion for Relief.

3. The Debtor also opposes the Motion for Relief, and incorporates the responses in the Trustee's Objection with respect to paragraphs 1-7 and 9-14 of the Motion for Relief. With respect to paragraph 8 of the Motion for Relief, the Debtor admits that she claims an exemption in the Property in the amount of $500,000 pursuant to Mass. General Laws c. 188 § 1, and states that she has a valid homestead in the Property.

    4.    The Debtor also incorporates the Trustee's narrative statement of opposition set forth at paragraphs 15-18 of the Trustee's Objection.

WHEREFORE, the Debtor respectfully requests that the Court:

    1. Enter an order denying the relief request in the Motion for Relief, and

    2. Grant such other and further relief as is equitable and just.

> Christel R. Glaser,
> by her attorneys,
>
> /s/ David Koha
> Lynne F. Riley, BBO #561965
> David Koha, BBO #679689
> Casner & Edwards, LLP
> 303 Congress Street
> Boston, MA 02210
> (tel) 617-426-5900
> (fax) 617-426-8810

Dated: July 30, 2014

## CERTIFICATE OF SERVICE

I, David Koha, hereby certify that on July 30, 2014, I caused to be served a copy of the foregoing, electronically via the Court's CM/ECF System, or via first class mail, to the following:

John Aquino
jja@andersonaquino.com, jaquino@ecf.epiqsystems.com

Donald F. Farrell, Jr. on behalf of Trustee John Aquino
dff@andersonaquino.com

John Fitzgerald
USTPRegion01.BO.ECF@USDOJ.GOV

Timothy Larson on behalf of Creditor Nationstar Mortgage LLC
bankruptcy@orlansmoran.com

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131

                                                          /s/ David Koha