# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Christel R. Glaser         **Case Number:** 14-10747      **Ch:** 7

**Matter:**

#24 Motion of Nationstar Mortgage LLC for Relief from Stay Re: 97 River Road, Merrimac, MA (T. Larson)
#25 Objection of Chapter 7 Trustee (D. Farrell)
#27 Objection of Debtor (D. Koha)

**MOVANT/APPLICANT/PARTIES**

**OUTCOME:**

☐ By Agreement of the Parties

____ Granted ____ Denied ____ Approved ____ Sustained

____ Denied ____ Denied without prejudice ____ Withdrawn in open court ____ Overruled

____ OSC enforced/released

____ Continued to: _____ For: _____.

____ Formal order/stipulation to be submitted by: _____ Date due: _____.

____ Findings and conclusions dictated at close of hearing incorporated by reference

____ Taken under advisement: Brief(s) due: _____ From _____.

Response(s) due: _____ From _____.

____ Fees allowed in the amount of: $ _____ Expenses of: $ _____.

____ No appearance/response by: _____.

____ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. The motion for relief from stay was withdrawn in open court.

IT IS SO NOTED:                          IT IS SO ORDERED:

_____                       _____/s/ William C. Hillman_____ Dated: 08/06/2014 .
Courtroom Deputy                         William C. Hillman, U.S. Bankruptcy Judge