07/13/2017 Moot. The motion [#42] will be held for objections in the ordinary course, with an objection deadline of July 31, 2017.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

CHRISTEL R. GLASER,        )    Docket No. 14-10747
                           )
DEBTOR                     )    Chapter 7

**REQUEST FOR ADDITIONAL TIME TO RESPOND TO THE JOINT MOTION TO APPROVE THE STIPULATION**

The Debtor requests that the Court grant her until Friday, July 21, 2017, to respond to the joint motion to approve the stipulation. The Debtor is in the process of retaining non-bankruptcy counsel who is considering whether to raise objections to the stipulation to preserve any non-bankruptcy rights with respect to the property that she may have. The additional time will be sufficient to decide whether to file anything with the Court before it acts on the motion.

Respectfully submitted,

CHRISTEL R. GLASER,

By her attorney,

/s/ Patrick M. Groulx
Patrick M. Groulx, BBO No. 673394
ISENBERG GROULX, LLC
368 W Broadway, Ste 2
Boston, MA 02127
Ph: (978) 549-3124
E-mail: patrick@i-gllc.com

Date: July 13, 2017

**CERTIFICATE OF SERVICE**

On this day, July 13, 2017, I certify that I served or caused to be served a true and accurate copy of this document on the trustee; the United States trustee; Anderson Aquino, LLP; Casner & Edwards, LLP; and Orlans Moran by ECF.

/s/ Patrick M. Groulx
Patrick M. Groulx

1