

January 23, 2014

Michael Lecaroz
Senior Loan Modification Specialist, HomeCorps Special Council Team
Office of the Attorney General
One Ashburton Place
Boston, MA 02108

RE:    Nationstar Reference Number – 9300
       Property Address – 97 River Road, Merrimac, MA 01860

Dear Michael Lecaroz:

Nationstar Mortgage LLC (Nationstar) is issuing this Letter in response to dialogue which occurred on January 9, 2014. At the time of our discussion, you requested that Ms. Cristel Glaser not be listed as party, nor held accountable, for certain responsibilities as borrower under specific loan documents.

Nationstar sincerely apologizes for any miscommunication experienced. Our records indicate while Cristel Glaser is in fact listed on the Security Instrument dated April 22, 2004, she is not listed as Party to the Note. As such, with the exception of discovery of documentation contradicting this fact, Cristel Glaser will not be held responsible for requirements of the loan under the Note.

At Nationstar, customer concerns are important to us. Should you have any general questions other than those referenced in your correspondence, please contact:

<u>Customer Service Department</u>
Monday through Friday, 8 a.m. to 9 p.m. CDT
Saturday,  8 a.m. to 12 p.m. CDT
Toll-free number 1.888.511.5279

Sincerely,

Renee Harrison
Nationstar Mortgage LLC
350 Highland Drive
Lewisville, TX 75067
phone: 469.426.3132
e-mail: Renee.Harrison@nationstarmail.com

By United States Postal Service

This is an attempt to collect a debt and any information obtained will be used for that purpose. If this debt is in or has been discharged in a bankruptcy proceeding, be advised this communication is not an attempt to collect the debt against you. Please note, however, we reserve the right to exercise the legal rights only against the property securing the original obligation.

www.NationstarMtg.com