UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHRISTEL R. GLASER, | ) | Docket No. 14-10747 |
| | ) | |
| DEBTOR | ) | Chapter 7 |

### ASSENTED-TO MOTION TO CONTINUE HEARING UNTIL AFTER AUGUST 25, 2017

The Debtor requests that the Court continue the August 22, 2017, hearing, to a morning on September 12, 13, or 15, 2017. The Debtor is going to be in Florida on August 22 until August 25 and would like to attend. For this reason, the Debtor requests the stated relief. Counsel for both the Trustee and MTGLQ Investors, LP, assent to this motion.

Respectfully submitted,

CHRISTEL R. GLASER,

By her attorney,

/s/ Patrick M. Groulx
Patrick M. Groulx, BBO No. 673394
ISENBERG GROULX, LLC
368 W Broadway, Ste 2
Boston, MA 02127
Ph: (978) 549-3124
E-mail: patrick@i-gllc.com

Date: August 7, 2017

### CERTIFICATE OF SERVICE

On this day, August 7, 2017, I certify that I served or caused to be served a true and accurate copy of this document on the trustee; the United States trustee; Anderson Aquino, LLP; Anderson Aquino, LLP; and Johnson & Borenstein, LLC, by ECF.

/s/ Patrick M. Groulx
Patrick M. Groulx

*(Margin annotation: 08/08/2017 Granted; the hearing is hereby rescheduled to September 13, 2017, at 10:30 AM. Movant shall give notice of rescheduled hearing date to parties and file a certificate of such service with the Court.)*

1