# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (Eastern Division)

In re:

CHRISTEL R. GLASER,

                                    Debtor.

Chapter 7
No. 14-10747-MSH

## RESPONSE OF CHAPTER 7 TRUSTEE TO ORDER TO SHOW CAUSE

John J. Aquino, the duly appointed Chapter 7 trustee of Christel R. Glaser, the debtor herein (the "Debtor") hereby submits this response to the Order To Show Cause regarding the Trustee's failure to file a timely reply to the *Clerk's Notice of Trustee's Inactivity* (the "Notice of Inactivity"), and in connection therewith, respectfully states the following:

1.      On November 9, 2018, the Notice of Inactivity was entered on the Debtor's case docket. The Notice of Inactivity required the filing of an appropriate report by the Trustee on or before December 10, 2018.

2.      On December 6, 2018, prior to the response deadline, the Trustee submitted the *Trustee's Final Account Before Distribution, Request For Compensation, Report On Claims and Proposed Distribution* (the "Trustee's Report Before Distribution") with the Office of the US Trustee.

3.      The Trustee believed that he was in compliance with the Notice of Inactivity's reporting requirements by filing the Trustee's Report Before Distribution prior to the December 10, 2018 deadline. Upon reflection, the Trustee realizes that the submission of the Trustee's Report Before Distribution to the US Trustee did not serve as notice of the filing to the Court. The Trustee should have filed a Statement informing the Court of the filing of the Report. The Trustee apologizes for the inconvenience caused by the oversight.

Respectfully submitted,

JOHN J. AQUINO, Chapter 7 trustee

/s/ John J. Aquino
John J. Aquino
Anderson Aquino LLP
240 Lewis Wharf
Boston, MA 02110
(617) 723-3600
jja@andersonaquino.com

Dated:     December 17, 2018